1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7129
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

| UNITED STATES OF AMERICA, | ) | No. CR 3-05-JCS-70740 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| MAURICE HODGE, | ) | San Francisco Venue |
| | ) | |
| Defendant. | ) | |
| | ) | |

       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
United States Attorney for the Northern District of California dismisses the above complaint
without prejudice.

DATED:                                   Respectfully submitted,

                                         KEVIN V. RYAN
                                         United States Attorney


                                              /S/
                                         IOANA PETROU
                                         Chief, Major Crimes Section


NOTICE OF DISMISSAL - CR 3-05-JCS-70740

1  Leave is granted to the government to dismiss the complaint. The court issued a no bail
2  warrant of arrest pursuant to that complaint. That warrant is hereby recalled.
3
4  Date: 17 March 06                               /s/ Bernard Zimmerman
5                                                  BERNARD ZIMMERMAN
                                                    UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
NOTICE OF DISMISSAL - CR 3-04-BZ-30105